**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: GOODRX AND PHARMACY BENEFIT MANAGER ANTITRUST LITIGATION (NO. II) | MDL No. 3148 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On April 2, 2025, the Panel transferred 10 civil action(s) to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2025). Since that time, no additional action(s) have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary S. McElroy.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge McElroy.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of April 2, 2025, and, with the consent of that court, assigned to the Honorable Mary S. McElroy.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 11, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

**IN RE: GOODRX AND PHARMACY BENEFIT
MANAGER ANTITRUST LITIGATION (NO. II)**                                MDL No. 3148

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 25−00915 | Melrose Pharmacy v. GoodRx Incorporated et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 25−00585 | National Community Pharmacists Association v. GoodRx, Inc. et al |
| CAC | 2 | 25−00937 | Gus Pharmacy, LLC v. GoodRx, Inc. et al |
| CAC | 2 | 25−01099 | C and M Pharmacy Inc. v. GoodRx, Inc. et al |
| CAC | 2 | 25−01918 | Prnrx Professional Pharmacy Inc. v. GoodRx, Inc. et al |
| COLORADO | | | |
| CO | 1 | 25−00849 | Capitol Heights Pharmacy v. GoodRx, Inc. et al |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 25−00180 | Booneville Pharmacy of MS, Inc. et al v. GoodRx, Inc. et al |