**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Plaintiff,
v.　　　　　　　　　　　　　　　　　Case No.: 1:25−md−03148−MSM−AEM

GoodRx, Inc., et al.
Defendant.

## ORDER OF COURT

　　　　The plaintiff is hereby ordered to file a status report by July 28, 2025 advising the court of the current status of the above−referenced case.

　　　　<u>It is so ordered</u>.

June 23, 2025　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　/s/ Mary S. McElroy
　　　　　　　　　　　　　　　　　　　　United States District Judge