UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re GOODRX AND PHARMACY BENEFIT
MANAGER ANTITRUST LITIGATION (No. II)    C.A. No.   1:25-md-3148-MSM-AEM

### NOTICE OF APPEARANCE

Charles D. Blackman enters his appearance on behalf of Medimpact Healthcare Systems, Inc.

*s/ Charles D. Blackman*
Charles D. Blackman (#5522)
Levy & Blackman LLP
469 Angell Street, Suite 2
Providence, RI 02906
401-437-6900 x100
401-632-4695
cblackman@levyblackman.com

### CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically on July 17, 2025 and that it is available for viewing and downloading from the ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.  Parties and counsel of record may access this filing through the Court's CM/ECF System.

*s/ Charles D. Blackman*
Charles D. Blackman