# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II) | Case No.: 1:25-md-03148-MSM-AEM |
| This Document Applies To: | MDL No. 3148 |
| ALL CASES | |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Order of the Court (ECF No. 29), the Plaintiffs[1] submit the below Status Report to update the Court on preliminary scheduling and discovery matters while the Parties await appointment of the case leadership structure.

The Parties[2] previously submitted a scheduling report in advance of the initial case management conference and expect to engage in further discussions regarding a proposed schedule

---

[1] Plaintiffs: Keaveny Drug, Inc.; National Community Pharmacists Association; Community Care Pharmacy, LLC; Minnesota Independent Pharmacists; Philadelphia Association of Retail Druggists; Winships Prescription Center, Inc.; AIDS Healthcare Foundation; Old Baltimore Pike Apothecary, Inc.; Smith's Pharmacy II, Inc.; Ritchie Pharmacy, LLC; C&H Pharmacy Inc.; Propst Discount Drugs, Inc.; Reeves Drug Store; Star Discount Pharmacy, Inc.; C&M Pharmacy, Inc.; Katz Pharmacy; Gus Pharmacy, LLC; Melrose Pharmacy; Northern Arizona Pharmacy; ESCO Drug Co.; Valley Health Care, LLC; Prnrx Professional Pharmacy Inc.; Dao Pharmacy, Inc.; Capitol Heights Pharmacy; OneroRx, Inc.; Grey Dog IV; CAAS, LLC; Bueno Pharmacy LLC; SDDDC LLC; Lakhani Rx Inc.; Pressman, Inc.; Weston Pillbox Inc.; Booneville Pharmacy of MS, Inc.; Byhalia Drug Company, LLC; Okolona Pharmacy, LLC; C&C Drugs, Inc.; Superco Inc.; Southwest Pharmacy, Inc.; Guy's Pharmacy of Tylertown; Guy's Pharmacy of Summit; Guy's Pharmacy of Brookhaven; Guy's Pharmacy of Hazlehurst; Guy's Pharmacy of Crystal Springs; AMT Group; Mannino's Family Practice Pharmacy.

[2] The "Parties" include the Plaintiffs and Defendants GoodRx, Inc.; GoodRx Holdings, Inc.; Express Scripts Inc.; Express Scripts Holding Company; CVS Caremark Corporation; CVS Health Corporation; Caremark LLC; Navitus Health Solutions, LLC; MedImpact Healthcare Systems, Inc.; OptumRx, Inc.; Optum, Inc.; OptumRx Holdings, LLC; Optum Rx Administrative Services, LLC; and United Health Group.

once the Court appoints leadership.

I.      **Proposed Interim Order [for Limited Discovery]**

The Parties are in the process of meeting and conferring cooperatively to finalize the Proposed Interim Order [for Limited Discovery and Preliminary Schedule (the "Proposed Interim Order")] regarding the confidentiality and production of agreements governing GoodRx's Integrated Savings Program (the "ISP Agreements"), GoodRx's Community Link program, and arbitration. The Parties will submit the draft stipulated order in advance of the August 4, 2025 status conference. If the Parties have any disagreements meriting the Court's intervention, they will submit limited argument with the draft order and be prepared to address those issues during the conference.

Plaintiffs expect that the confidentiality provisions of the Interim Order will be superseded upon entry of a general Protective Order for this Action by the Court. Plaintiffs will work with Defendants to prepare a proposed general Protective Order promptly after entry of any leadership appointment order and in accordance with any scheduling order entered by the Court.

II.     **Data Discovery**

Given the importance of data in this litigation, the Plaintiffs believe that discussions regarding the parameters of data discovery are best left for after the appointment of leadership. However, the Plaintiffs would seek to address data discovery promptly after entry of any leadership appointment order.

III.    **Appointment of Interim Lead Counsel**

Should the Court have any questions about the submitted applications for appointment of Interim Lead Counsel, counsel is prepared to answer them at the August 4, 2025 conference.

Dated: July 28, 2025                                Respectfully submitted,

By:  */s/ Heidi M. Silton*                          */s/ Stephen M. Prignano*
     Heidi M. Silton                                Stephen M. Prignano (3649)
     hmsilton@locklaw.com                           sprignano@mcintyretate.com
     LOCKRIDGE GRINDAL NAUEN PLLP                    MCINTYRE TATE LLP
     100 Washington Avenue South, Suite             50 Park Row West, Suite 109
     2200                                           Providence, Rhode Island 02903
     Minneapolis, MN 55401                          Tel: 401.351.7700
     Tel: 612.339.6900
                                                    *Counsel for Plaintiffs National*
     *Counsel for Plaintiffs Keaveny Drug,*         *Community Pharmacists Association,*
     *Inc., and Minnesota Independent*              *Community Care Pharmacy, LLC*
     *Pharmacists*                                  *Minnesota Independent Pharmacists,*
                                                    *Philadelphia Association of Retail*
                                                    *Druggists, Old Baltimore Pike*
     Tina Wolfson                                   *Apothecary, Inc., Smith's Pharmacy II,*
     twolfson@ahdootwolfson.com                     *Inc., and Keaveny Drug, Inc.*
     AHDOOT & WOLFSON, PC
     2600 West Olive Avenue, Suite 500
     Burbank, California 91505                      */s/ Donald A. Migliori*
     Tel: 310.474.9111                              Donald A. Migliori
                                                    dmigliori@motleyrice.com
     *Counsel for Plaintiff AIDS Healthcare*        MOTLEY RICE LLC
     *Foundation*                                   28 Bridgeside Blvd.,
                                                    Mt. Pleasant, SC 29464
     Sharon K. Robertson                            Tel: 843.216.9241
     srobertson@cohenmilstein.com
     COHEN MILSTEIN SELLERS & TOLL PLLC             F. Franklin Amanat
     88 Pine Street, 14th Floor                     famanat@motleyrice.com
     New York, New York 10005                       MOTLEY RICE LLC
     Tel: 212.838.7797                              800 Third Ave. Suite 2401,
                                                    New York, NY 10022
     *Counsel for Plaintiff Ritchie Pharmacy,*      Tel: 212.577.0052
     *LLC*
                                                    Vincent L. Greene, IV
                                                    vgreene@motleyrice.com
     Eric J. Artrip                                 MOTLEY RICE LLC
     artrip@mastandoartrip.com                      40 Westminster Street, 5th Floor
     MASTANDO & ARTRIP, LLC                         Providence, Rhode Island 02902
     301 Holmes Avenue NE, Suite 100                Tel: 401.457.7730
     Huntsville, Alabama 35801
     Tel: 256.532.2222                              *Counsel for Plaintiff Winships*
                                                    *Prescription Center, Inc.*

*Counsel for Plaintiffs C&H Pharmacy Inc. D/B/A, Hunnington Pharmacy, Propst Discount Drugs, Inc., Reeves Drug Store, and Star Discount Pharmacy, Inc.*

Bobby Pouya
bpouya@pwfirm.com
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Tel: 818.788.8300

*Counsel for Plaintiffs Keaveny Drug, Inc., Minnesota Independent Pharmacists, Philadelphia Association of Retail Druggists, and C&H Pharmacy, Inc. D/B/A Hunnington Pharmacy*

Benjamin J. Eichel
beichel@bonizack.com
BONI, ZACK & SNYDER LLC
15 Street Asaphas Road
Bala Cynwyd, Pennsylvania 19004
Tel: 610.822.0204

*Counsel for Plaintiff Gus' Pharmacy, LLC d/b/a Kennedy Pharmacy*

Randall Nice
rnice@bslawusa.com
BOESEN & SNOW, LLC
8501 E. Princess Drive, Suite 220
Scottsdale, Arizona 85255
Tel: 480.597.6212

*Counsel for Plaintiffs Melrose Pharmacy and Northern Arizona Pharmacy*

Natasha J. Fernández-Silber
nfernandezsilber@edelson.com
EDELSON PC
200 South First Street
Ann Arbor, Michigan 48104
Tel: 312.589.6378

Shawn Rabin
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, New York 1001
Tel: 212.336.8340

*Counsel for Plaintiffs National Community Pharmacists Association and Community Care Pharmacy, LLC*

Gregory S. Asciolla
gasciolla@dicellolevitt.com
DICELLO LEVITT LLP
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel: 646.933.1000

*Counsel for Plaintiffs Philadelphia Association of Retail Druggists, Old Baltimore Pike Apothecary, Inc., and Smith's Pharmacy II, Inc.*

Elizabeth C. Pritzker
ecp@pritzkerlevine.com
PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, California 94608
Tel: 415.805.8532

*Counsel for Plaintiffs C&M Pharmacy Inc. d/b/a Parvin's Pharmacy and Katz Pharmacy*

Robert G. Methvin, Jr.
rgm@mmlaw.net
METHVIN, TERRELL, YANCEY STEPHENS
AND MILLER, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205
Tel: 205.939.3006

*Counsel for Plaintiff Valley Health Care
LLC*

Alec Blaine Finley
bfinley@finley-pllc.com
FINLEY PLLC
1455 Pennsylvania Avenue, N.W., Suite
400
Washington, D.C. 20004
Tel: 281.723.7904

*Counsel for Plaintiff Prnrx Professional
Pharmacy Inc.*

Simon B. Paris
sparis@smbb.com
SALTZ MONGELUZZI & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, Pennsylvania 19103
Tel: 215.575.3986

*Counsel for Plaintiff DAO Pharmacy,
Inc. d/b/a Rios Pharmacy*

Scott Grzenczyk
scottg@girardsharp.com
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Tel: 866.981.4800

*Counsel for Plaintiff Gus Pharmacy,
LLC*

Peter Safirstein
psafirstein@safirsteinlaw.com
SAFIRSTEIN LAW LLC
45 N. Broad Street, Suite 100
Ridgewood, New Jersey 07450
Tel: 917.952.9458

Hung G. Ta
hta@hgtlaw.com
HGT LAW
1901 Avenue of the Americas, 2nd Floor
Los Angeles, California 90067
Tel: 646.453.7290

*Counsel for Plaintiff ESCO Drug Co.*

Lynette J. Labinger (Bar No. 1645)
LL@labingerlaw.com
COOPERATING COUNSEL FOR THE ACLU
FOUNDATION OF RHODE ISLAND
128 Dorrance Street, Box 710
Providence, Rhode Island 02903
Tel: 401.465.9565

*Local Counsel for Plaintiff AIDS
Healthcare Foundation*

David J. Ko
dko@kellerrohrback.com
KELLER ROHRBACK
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Tel: 206.428.0562

*Counsel for Plaintiffs Capitol Heights*

*Pharmacy, Melrose Pharmacy, Northern Arizona Pharmacy, and OneroRx, Inc.*