UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II)<br><br>This Document Applies To:<br><br>ALL CASES | Case No.: 1:25-md-03148-MSM-AEM<br><br>MDL No. 3148 |

**JOINT PRE-CONFERENCE STATUS REPORT**

Pursuant to the *[Proposed] Stipulated Order Regarding Case Management Schedule* dated August 11, 2025 [ECF No. 56] (the "**Proposed Stipulated Order**"), Plaintiffs[1] and Defendants[2] (together, the "**Parties**") submit this Joint Status Report, updating the Court on the status of this multi-district litigation (the "**MDL**"):

**I.    Additional Cases for Consolidation**

As of the date of this filing, the Parties are not aware of any additional cases to be consolidated with the MDL.

**II.   Production of ISP Agreements, Arbitration Agreements, and GoodRx "Community Link" Template**

On August 1, 2025, the Court entered Case Management Order Number 2, which included an Interim Order for Limited Discovery and Preliminary Schedule and provided both production

---

[1] Plaintiffs are: Keaveny Drug, Inc.; Star Discount Pharmacy, Inc.; OneroRx, Inc.; AIDS Healthcare Foundation; National Community Pharmacists Association; and Philadelphia Association of Retail Druggists.

[2] Defendants are: GoodRx, Inc.; GoodRx Holdings, Inc.; Caremark, L.L.C.; CVS Health Corporation; Express Scripts, Inc.; Express Scripts Holding Company; MedImpact Healthcare Systems, Inc.; and Navitus Health Solutions, LLC. For the avoidance of doubt, participation in and negotiation of any aspect of this joint status report (the "**Joint Status Report**"), including but not limited to any protective order or any ESI protocol, does not waive any defendant's right to compel arbitration or seek a stay pending that arbitration.

1

deadlines and confidentiality and disclosure restrictions for the ISP Agreements and Arbitration Agreements. ECF No. 45 ("**CMO No. 2**"). Per CMO No. 2, GoodRx produced the ISP Agreements on August 12, 2025, and the three PBM Defendants who informed the Court and the Parties they intend to move for arbitration (CVS/Caremark, MedImpact, and Navitus), produced the Arbitration Agreements on August 15, 2025. Plaintiffs note that one PBM produced documents with redactions and withheld addenda. The parties are meeting and conferring about this issue and do not seek Court intervention at this time.

On July 30, 2025, the Parties submitted a Proposed Interim Order for Limited Discovery and Preliminary Schedule, which included a proposed timeline and confidentiality and disclosure restrictions for GoodRx's Community Link Template in addition to the ISP Agreements. ECF No. 44 ("**Proposed Order for Limited Discovery**"). The Parties agreed that the Community Link Template would be produced on the same schedule, with the same confidentiality and disclosure restrictions, and with the same sealing process, as the ISP Agreements.[3] Accordingly, GoodRx produced the Community Link Template on August 12, 2025.

### III.  Case-Management Schedule

Per the August 4, 2025 Status Conference[4] and the Proposed Stipulated Order,[5] on August 25, 2025 Plaintiffs' Interim Co-Lead Counsel filed Proposed Case Management Order Number 3: Common Benefit Timekeeping and Expenses Protocol. ECF No. 59.

Per the same,[6] Plaintiffs filed a Consolidated Complaint on September 15, 2025. ECF No. 60. Plaintiffs filed both sealed and redacted versions of the Consolidated Complaint. Plaintiffs note

---

[3] *See* Proposed Order for Limited Discovery ¶ 1(b) (providing for production of Community Link Template subject to same schedule, confidentiality and disclosure, and sealing restrictions as ISP Agreements); Hr'g Tr. 30:8-16 (discussing production of Community Link Template along with ISP Agreements and Arbitration Agreements).

[4] *See* Hr'g Tr. 9:2-10, 13:24-14:8.

[5] *See* ECF No. 56.

[6] *See* Hr'g Tr. 10:6-11:25, 13:13-24; ECF No. 56.

that the Consolidated Complaint named additional entities within Defendants' corporate families based on the ISP Agreements and the Provider Agreements between the PBM Defendants and members of the Class. Accordingly, Plaintiffs also filed Summons Requests for those additional parties. To the best of Defendants' knowledge, none of these additional parties have yet been served or have otherwise appeared in this case.[7] ECF Nos. 61, 61-1, 61-2, 61-3, 61-4.  In addition, while OptumRx, Inc., Optum, Inc., OptumRx Holdings, LLC, Optum Rx Administrative Services, LLC, and United Health Group (collectively, "**Optum**") were previously included as defendants in certain cases consolidated with the MDL, Optum is not included as a defendant in the Consolidated Complaint. The Consolidated Complaint also does not name or otherwise allege claims relating to certain Plaintiffs that were previously named in certain cases consolidated with this MDL.[8]

Per the Proposed Stipulated Order, the Parties shall serve Rule 26(a) Initial Disclosures no later than **September 30, 2025**.[9] Defendants shall file any Rule 12 motions, including any motions to compel arbitration, no later than **November 3, 2025**. ECF No. 56. Plaintiffs shall file their oppositions to Rule 12 motions and any motions to compel arbitration no later than **January 9,**

---

[7] This includes: CaremarkPCS Health, L.L.C.; CaremarkPCS, L.L.C.; PCS Health Systems, Inc.; and The Cigna Group.

[8] This includes: Community Care Pharmacy, LLC; Grey Dog IV d/b/a Ethos Wellness/Pharmacy; Minnesota Independent Pharmacists; ESCO Drug Co.; CAAS, LLC d/b/a Harbor Pharmacy; Old Baltimore Pike Apothecary, Inc., T/A Southern Chester County Pharmacy; Smith's Pharmacy II, Inc., d/b/a Smith's Pharmacy; C&H Pharmacy d/b/a Hunnington Pharmacy; Propst Discount Drugs, Inc.; Reeves Drug Store; Gus' Pharmacy, LLC d/b/a Kennedy Pharmacy; C&M Pharmacy Inc., d/b/a Parvin's Pharmacy & Katz Pharmacy; PRNRX Professional Pharmacy Inc.; Bueno Pharmacy LLC; SDDDC LLC; Lakhani Rx Inc. d/b/a Garden Drug Pharmacy; Winships Prescription Center, Inc.; Ritchie Pharmacy, LLC; Pressman, Inc.; Weston Pillbox Inc.; Booneville Pharmacy of MS, Inc.; Byhalia Drug Company, LLC Okolona Pharmacy, LLC; Capitol Heights Pharmacy; Melrose Pharmacy; Northern Arizona Pharmacy; Valley Health Care LLC; C & C Drugs, Inc.; AMT Group d/b/a Helping Hand Family Pharmacy; Southwest Pharmacy, Inc. d/b/a Guy's Medical Center Pharmacy; Guy's Pharmacy of Tylertown; Guy's Pharmacy of Summit; Guy's Pharmacy of Brookhaven; Guy's Pharmacy of Hazlehurst; Guy's Pharmacy of Crystal Springs; SuperCo Inc. d/b/a Battlefield Discount Drugs; and Dao Pharmacy Inc.

[9] The Parties agree that any entity who was named for the first time in the Consolidated Complaint is not required to serve Initial Disclosures by the September 30, 2025 deadline.

**2026**. ECF No. 56. Defendants shall file replies in further support of Rule 12 motion(s) and any motion(s) to compel arbitration no later than **February 16, 2026**. ECF No. 56.

### IV. Electronically Stored Information ("ESI") Protocol and General Protective Order

The Parties shall submit proposed orders regarding an Electronically Stored Information Protocol and general Protective Order by the October 13, 2025 deadline set by the Court at the August 4, 2025 Status Conference. Hr'g Tr. 7:25-8:9, 14:9-15:6. Per the Proposed Stipulated Order, if Plaintiffs and Defendants are unable to agree to an ESI Protocol and a General Protective Order, each side shall submit their proposal to the Court and be prepared to discuss their disagreements during the next status conference on the Court's calendar.

### V. Next Hearing and/or Status Conference Date

The Parties propose, subject to the Court's availability, **November 13, 2025** at **11:00 a.m. Eastern Time** for the next status conference, with pre-conference report(s) due **November 10, 2025**. The pre-conference reports shall be no longer than five pages per side.

Stipulated to and Agreed By:

Dated: September 25, 2025

By: */s/ Donald A. Migliori*
Donald A. Migliori
dmigliori@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
Tel: 843-216-9241

F. Franklin Amanat
famanat@motleyrice.com
MOTLEY RICE LLC

By: */s/ David J. Lender*
David J. Lender
Jennifer Brooks Crozier
Alexandra Rose
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
david.lender@weil.com
jennifer.crozier@weil.com
alexandra.rose@weil.com

4

800 Third Ave. Suite 2401,
New York, NY 10022
Tel: 212.577.0052

Vincent L. Greene, IV
vgreene@motleyrice.com
MOTLEY RICE LLC
40 Westminster Street, 5th Floor
Providence, Rhode Island 02902
Tel: 401.457.7730

*/s/ Heidi M. Silton*
Heidi M. Silton
Joseph C. Bourne
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612.339.6900
hmsilton@locklaw.com
jcbourne@locklaw.com

*/s/ David J. Ko*
David J. Ko
Rachel C. Bowanko
dko@kellerrohrback.com
rbowanko@kellerrohrback.com
KELLER ROHRBACK
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Tel: 206.428.0562

*Plaintiffs' Interim Co-Lead Counsel*

David Ramraj Singh
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
david.singh@weil.com

Matthew Thomas Oliverio
Gina Renzulli Lemay
OLIVERIO & MARCACCIO LLP
30 Romano Vineyard Way, Suite 109
North Kingstown, RI 02852
mto@om-rilaw.com

*Attorneys for Defendants GoodRx, Inc. and GoodRx Holdings, Inc.*

Alec Levy
Mike Bonanno
Meghan McCaffrey
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, DC 20005
aleclevy@quinnemanuel.com
mikebonanno@quinneemanuel.com
meghanmccaffrey@quinnemanuel.com

Anthony P. Alden
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
anthonyalden@quinnemanuel.com

John A. Tarantino (#2586)
jtarantino@apslaw.com
Nicole J. Benjamin (#7540)
nbenjamin@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Holding Company; and The Cigna Group*

Jonathan S. Tam
Kimberly O. Branscome
PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
jtam@paulweiss.com
kbranscome@paulweiss.com

Jacqueline P. Rubin
Natalie M. Pita
PAUL WEISS RIFKIND WHARTON AND GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
jrubin@paulweiss.com
npita@paulweiss.com

Rebecca Briggs
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
rbriggs@hinckleyallen.com

*Attorneys for Defendants CaremarkPCS Health, L.L.C.; Caremark, L.L.C.; CaremarkPCS, L.L.C.; PCS Health Systems, Inc.; and CVS Health Corporation*

Robert J. Herrington
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
 ichar.herrington@gtlaw.com

Tonya Esposito
Greenberg Traurig, LLP.
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tonya.Esposito@gtlaw.com

James Peacock
Greenberg Traurig, LLP.
2200 Ross Ave., Suite 5200
Dallas, TX 75201
James.Peacock@gtlaw.com

Michael E. Jusczyk (#7791)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Michael.Jusczyk@gtlaw.com

*Attorneys for Defendant Navitus Health Solutions, LLC*

Michelle S. Lowery
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
mslowery@mwe.com

Richard Salgado
Marina S. Kelly
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
richard.salgado@mwe.com
mkelly@mwe.com

*Attorneys for Defendant MedImpact Healthcare Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I, Gina Renzulli Lemay, certify that on the 25th day of September, 2025, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system by all counsel of record.

*/s/ Gina Renzulli Lemay*