UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| IN RE: GOODRX AND PHARMACY BENEFIT MANAGER ANTITRUST LITIGATION (No. II)<br><br>This Document Relates To:<br><br>*Community Care Pharmacy, LLC v. GoodRx, Inc. et al*,<br>Case No. 1:25-cv-03009-MSM-AEM | Case No 1-25-md-03148-MSM-AEM<br><br>MDL No. 3148 |

### NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff Community Care Pharmacy, LLC, by and through its undersigned counsel, hereby gives notice that the above-captioned action, *Community Care Pharmacy, LLC v. GoodRx, Inc. et al.*, Case No. 1:25-cv-03009-MSM-AEM, is voluntarily dismissed without prejudice against Defendants GoodRx, Inc. and GoodRx Holdings, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment in this action.

Dated: September 26, 2025                                   Respectfully submitted,

By: */s/ Shawn J. Rabin*
Bill Carmody
Shawn J. Rabin
Gloria Park
Tom Boardman
Henry Walter
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

By: */s/ Natasha J. Fernández-Silber*
Natasha J Fernández-Silber
EDELSON P.C.
350 N La Salle Dr., 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
nfernandezsilber@edelson.com

Sarah R. LaFreniere

| | |
|---|---|
| Facsimile: (212) 336-8340<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>gpark@susmangodfrey.com<br>tboardman@susmangodfrey.com<br>hwalter@susmangodfrey.com | Brandon Baum-Zepeda<br>Edelson PC<br>1255 Union Street NE, Suite 850<br>Washington, DC 20002<br>Telephone: (202) 270-4777<br>slafreniere@edelson.com<br>bbaum-zepeda@edelson.com |
| Halley Josephs<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars,<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>hjosephs@susmangodfrey.com | *Counsel for Plaintiff Community Care Pharmacy, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I caused the foregoing NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service. Any other counsel of record will be served by first class mail.

                                                   */s/ Shawn J. Rabin*
                                                   Shawn J. Rabin