UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II)<br><br>This Document Applies To:<br><br>ALL CASES | Case No.: 1:25-md-03148-MSM-AEM<br><br>MDL No. 3148 |

**DECLARATION OF STEVEN D. MCCALL**

I, Steven D. McCall, declare as follows:

1. I am a legal adult of sound mind, have knowledge of the facts stated in this declaration, and, if called on to do so, could testify competently to those facts.

2. I hold a Bachelor of Pharmacy degree from Washington State University and a Master of Business Administration degree in Services Marketing and Management from Arizona State University.

3. I am a registered pharmacist in good standing.

4. I began working in pharmacy as a technician starting in 1987 and have been licensed as a pharmacist for over 30 years.

5. From January 2012 through July 2019, I was the Director of Pharmacy Performance for Caremark, L.L.C., which, together with CaremarkPCS, L.L.C. (collectively, "Caremark"), administered the Caremark retail-pharmacy network. On October 24, 2025, Caremark notified all pharmacies in the Caremark retail pharmacy network that it had consolidated its pharmacy network into CaremarkPCS Health, L.L.C., effective October 1, 2025. A true and correct copy of Caremark's notice, titled "Notice of Contract Assignment," is attached to the declaration as **Exhibit 1**.

6. My current job title is Vice President, Network Solutions, for Caremark, a position I have held since August 2019.

7. As Director of Pharmacy Performance for Caremark, my responsibilities included overseeing Caremark's investigational, onsite, and audit operations teams, as well as managing the administrative-audit process for pharmacies in Caremark's retail, mail, and specialty national networks.

8. Based on my responsibilities for, and experience with, Caremark, I have personal knowledge of Caremark's procedures for processing claims by its network pharmacies, including the Pharmacy Plaintiffs.

9. Based on my responsibilities for, and experience with, Caremark, I have personal knowledge of Caremark's business records regarding agreements entered into with pharmacies, which Caremark refers to as "Providers"; Caremark's agreements with providers ("Provider Agreements"); Caremark's Provider Manual; amendments to its Provider Manual; and how the Provider Manual and amendments to the Provider Agreement are distributed to its network pharmacies, including Plaintiffs.

10. Based on my responsibilities for, and experience with, Caremark, and my review of records kept and maintained by Caremark in the ordinary course of business, and made at or near the time of the events discussed in this declaration by a person with knowledge of the matters contained in the records, the statements in this declaration are true and correct to the best of my knowledge.

### Caremark's PBM Services

11. Caremark is a pharmacy benefit manager ("PBM") that administers pharmacy benefits on behalf of third-party payors, such as health insurance plans and employer-sponsors of group health plans.

12. Caremark processes and reimburses pharmacy claims submitted by Caremark's clients' plan participants or pharmacies on behalf of Caremark's clients' plan participants.

13. Caremark also manages pharmacy services for its third-party payor clients. In return for being authorized as a pharmacy in the Caremark network and having access to Caremark's customers, Providers agree to fill prescriptions for participants in Caremark's clients'

health and drug benefit plans. They also agree to adhere to the policies and procedures set forth in the Caremark Provider Manual.

14. Caremark's PBM operations are based in Arizona.

15. In connection with the PBM services Caremark provides to its clients, CaremarkPCS Health, L.L.C., entered into a Program Service Agreement for the Caremark Cost Saver Program with GoodRx, Inc., effective as of June 23, 2023. A true and correct copy of this Program Services Agreement is attached to this declaration as **Exhibit 2**.

### The Enrollment Process

16. Based on my responsibilities for, and experience with, Caremark, I am familiar with the contracting process followed by retail pharmacies that wish to enroll in Caremark's provider network and the contracts the pharmacies execute to participate in that network.

17. Specifically, any pharmacy that wishes to join Caremark's pharmacy network must complete an enrollment package and enter into a Provider Agreement.

18. A pharmacy's Provider Agreement contains the terms and conditions governing the pharmacy's enrollment and inclusion in Caremark's pharmacy-provider network.

19. The Caremark Provider Agreements incorporate by reference the Caremark Provider Manual, which contains additional terms and conditions.

20. The Provider Manual is updated from time to time, and pharmacies are provided with updated copies of the document.

21. On January 1, 2024, the 2024 CVS Provider Manual (the "Provider Manual") went into effect. A true and correct copy of an excerpt from the Provider Manual is attached to this declaration as **Exhibit 3**. The Provider Manual remains the operative Caremark Provider Manual today.

22. The Provider Manual contains an amendment provision stating that, "From time to time, and notwithstanding any other provision in the Provider Agreement (which includes the Provider Manual), Caremark may amend the Provider Agreement, including the Provider Manual or other Caremark documents, by giving notice of the terms of the amendment and specifying the date the amendment becomes effective." *See* **Exhibit 3**, Provider Manual, p. 95, § 15.07.

23. This amendment provision further states that, based on a provider's submission of "claims to Caremark after the effective date of any notice or amendment, the terms of the notice or amendment is accepted by Provider and is considered part of the Provider Agreement." *See* **Exhibit 3**, Provider Manual, p. 95, § 15.07.

24. In addition to the amendment provision, the Provider Manual has an arbitration provision. *See* **Exhibit 3**, Provider Manual, pp. 95–98, § 15.09.

25. Caremark keeps records that track its distribution of hard copies of the Provider Manual, and amendments to the Provider Manual, to pharmacies in Caremark's networks.

26. Those records are maintained in the form of Microsoft Excel spreadsheets provided to Caremark by the courier vendors Caremark uses to ship materials to the pharmacies.

27. The spreadsheets are stored on Caremark's computer network.

28. The spreadsheets contain various pieces of shipping information, including but not limited to the delivery date, the status of the delivery, the tracking number, the recipient, and the name of the individual who signs for the delivery.

### Star Discount Pharmacy, Inc.

29. On or about March 1, 2000, Star Discount Pharmacy, Inc. ("Star") began participating in Caremark's networks by executing a provider agreement (the "Star Provider Agreement") with Caremark's predecessor PCS Health Systems, Inc. Darden Heritage, President

4

of Star, executed the Star Provider Agreement. A true and correct copy of the Star Provider Agreement is attached to this declaration as **Exhibit 4**.

30. By entering into the Star Provider Agreement, Star expressly accepted the agreement's terms.

31. In 2000, Advance Paradigm, Inc. acquired PCS Health Systems, Inc., and, shortly thereafter, Advance Paradigm, Inc. changed its name to AdvancePCS. After the acquisition, AdvancePCS, notified all the pharmacies in PCS Health Systems, Inc.'s networks, including Star, that the Provider Agreement between each pharmacy and PCS Health Systems, Inc., including the Star Provider Agreement, would remain in effect, would apply with respect to all of AdvancePCS's business, and would be referred to as the "AdvancePCS Provider Agreement." A true and correct copy of Advance PCS's notice, titled "IMPORTANT NOTICE TO PHARMACY PROVIDERS," is attached to the declaration as **Exhibit 5**.

32. In 2004, Caremark acquired AdvancePCS. After the acquisition, Caremark notified all the pharmacies participating in AdvancePCS's networks, including Star, that the Provider Agreement between each pharmacy and PCS Health Systems, Inc., as adopted by AdvancePCS, including the Star Provider Agreement, would remain in effect, would apply with respect to all of Caremark's business, and would be referred to as the "Caremark Provider Agreement." A true and correct copy of the 2004 notice, titled "IMPORTANT NOTICE TO PHARMACY PROVIDERS," is attached to this declaration as **Exhibit 6**.

33. Neither Caremark nor Star has terminated the Star Provider Agreement.

34. After Caremark acquired AdvancePCS, Star continued to participate in Caremark's provider network based on the terms of the Star Provider Agreement and the terms of Caremark's Provider Manual, as amended from time to time.

35. Throughout Star's participation in Caremark's pharmacy network, the Star Provider Agreement incorporated multiple versions of the Provider Manual.

36. Based on my review of Caremark's business records, Caremark provided Star with the Provider Manual on or around October 3, 2023.

37. Specifically, Caremark sent the Provider Manual to Star by commercial carrier on or about September 29, 2023, and it was signed for at Star.

38. A true and correct copy of a document containing exported data from Caremark's computer system displaying the information regarding Caremark's transmittal of the hard copy of the Provider Manual to Star is attached to this declaration as **Exhibit 7**.

39. Star submitted reimbursement claims to Caremark after receiving the Provider Manual.

40. The Provider Manual has been in effect during the entire period that is the subject of Star's claims in this matter.

## AIDS Healthcare Foundation

41. On or about November 4, 2019, AIDS Healthcare Foundation ("AHF") began participating in Caremark's networks as a chain by executing a provider agreement (the "AHF Provider Agreement") with Caremark. Scott Carruthers, authorized agent of AHF, executed the AHF Provider Agreement on or about October 5, 2018, on behalf of 51 pharmacies within the AHF chain. The AHF Provider Agreement covers all pharmacies within the AHF chain. A true and correct copy of the AHF Provider Agreement is attached to this declaration as **Exhibit 8**.

42. By entering into the AHF Provider Agreement, AHF expressly accepted the agreement's terms.

43. Neither Caremark nor AHF has terminated the AHF Provider Agreement.

44. Throughout AHF's participation in Caremark's pharmacy networks, the AHF Provider Agreement incorporated multiple versions of the Provider Manual.

45. Based on my review of Caremark's business records, Caremark provided AHF with the Provider Manual on or around October 4, 2023.

46. Specifically, Caremark sent the Provider Manual to AHF's chain headquarters by commercial carrier on or about September 29, 2023, and it was signed for at AHF.

47. A true and correct copy of a document containing exported data from Caremark's computer system displaying the information regarding Caremark's transmittal of the hard copy of the Provider Manual to AHF is attached to this declaration as **Exhibit 7**.

48. AHF submitted reimbursement claims to Caremark after receiving the Provider Manual.

49. The Provider Manual has been in effect during the entire period that is the subject of AHF's claims in this matter.

**Keaveny Drug, Inc.**

50. On or about June 11, 2011, Keaveny Drug, Inc. ("Keaveny") began participating in Caremark's networks by executing a provider agreement (the "Keaveny Provider Agreement") with Caremark. Kelly Keaveny, authorized agent of Keaveny, executed the Keaveny Provider Agreement on or about July 11, 2011. A true and correct copy of the Keaveny Provider Agreement is attached to this declaration as **Exhibit 9**.

51. By entering into the Keaveny Provider Agreement, Keaveny expressly accepted the agreement's terms.

52. Neither Caremark nor Keaveny has terminated the Keaveny Provider Agreement.

53. Throughout Keaveny's participation in Caremark's pharmacy networks, the Keaveny Provider Agreement incorporated multiple versions of the Provider Manual.

54. Based on my review of Caremark's business records, Caremark provided Keaveny with the Provider Manual on or around October 2, 2023.

55. Specifically, Caremark sent the Provider Manual to Keaveny by commercial carrier on or about September 29, 2023, and it was signed for at Keaveny.

56. A true and correct copy of a document containing exported data from Caremark's computer system displaying the information regarding Caremark's transmittal of the hard copy of the Provider Manual to Keaveny is attached to this declaration as **Exhibit 7**.

57. Keaveny submitted reimbursement claims to Caremark after receiving the Provider Manual.

58. The Provider Manual has been in effect during the entire period that is the subject of Keaveny's claims in this matter.

### OneroRx, Inc.

59. OneroRx, Inc. ("OneroRx") is a Delaware corporation registered to do business as a Foreign Corporation in Iowa. OneroRx owns pharmacies in the following states: Illinois, Indiana, Iowa, Michigan, Missouri, Nebraska, and Wisconsin.

60. In order to operate as a legal pharmacy, a business must be licensed as a pharmacy by the state in which it operates, as well as with the federal government. All healthcare providers, including pharmacies, are assigned a unique, 10-digit national provider identifier ("NPI"), which is assigned through the National Plan and Provider Enumeration System ("NPPES") created by the U.S. Centers for Medicare & Medicaid Services, and is required for certain administrative and financial transactions. Every licensed pharmacy in the United States also has a unique, national

identification number assigned by the National Council for Prescription Drug Programs ("NCPDP").

61. The NPPES maintains a NPI Registry at https://npiregistry.cms.hhs.gov/search. This Registry can be used to search for registered pharmacies by NPI number, organization name, postal code, and other information. The NCPDP maintains a database of pharmacy data at https://dataq.ncpdp.org, which allows subscribers to search for registered pharmacies.

62. If OneroRx were a pharmacy and permitted to fill prescriptions, it would have both NPI and NCPDP numbers and would be listed in the NPI Registry and the NCPDP database.

63. I searched for OneroRx in the NPI Registry and the NCPDP database. OneroRx does not appear in the NPI Registry or the NCPDP database.

64. OneroRx is not registered to operate as a pharmacy in Iowa, Illinois, Indiana, Michigan, Missouri, Nebraska, or Wisconsin. I searched for OneroRx in the Iowa Board of Pharmacy Business Verification, the Illinois Department of Financial & Professional Regulation License Search, the Indiana Professional Licensing Agency Facility Search, the Michigan Licensing and Regulatory Affairs Professional Search, Missouri Division of Professional Registration Licensee Search, Nebraska Department of Health and Human Services License Search, and the Wisconsin Credential/License Search, and the searches produced no results.

65. Each of the pharmacies in the OneroRx network that have filled generic prescriptions for insured patients that were submitted to Caremark pursuant to the Caremark Cost Saver Program have entered into Provider Agreements with Caremark, thereby agreeing to arbitrate any claims against Caremark and agreeing not to litigate in court. The Provider Agreements for Abingdon Telepharmacy, Elmwood Telepharmacy, Erie Telepharmacy, two locations of Local Health Pharmacy, Schott's Pharmacy, Sheffield Telepharmacy, Touhy Family

9

Pharmacy, Bristol Pharmacy, Willowbrook Pharmacy, three locations of Community Pharmacy, Medicap LTC, 19 locations of Medicap Pharmacy, Oakland Pharmacy, Clio Road Pharmacy, Brown's Pharmacy, two locations of EverCare Pharmacy, two locations of Hometown Pharmacy, Juniper Pharmacy, Lee's Summit Pharmacy, two locations of Medley Pharmacy, 10 locations of Sinks Pharmacy, Sinks Select, Steelville Drug, Towne Pharmacy, Bert's Pharmacy, Peterson Pharmacy, and Wood River Pharmacy are attached as **Exhibit 10**.

66. Based on my review of Caremark's business records, Caremark provided each of these pharmacies with the Provider Manual between September 28, 2023, and October 4, 2023.

67. Specifically, Caremark sent the Provider Manual to each of these pharmacies by commercial carrier between September 27 and 29, 2023, and it was signed for at each pharmacy.

68. A true and correct copy of a document containing exported data from Caremark's computer system displaying the information regarding Caremark's transmittal of the hard copy of the Provider Manual to each of these pharmacies is attached to this declaration as **Exhibit 7**.

69. Each of these pharmacies submitted reimbursement claims to Caremark after receiving the Provider Manual.

70. The Provider Manual has been in effect during the entire period that is the subject of OneroRx's claims in this matter.

### National Community Pharmacists Association ("NCPA")

71. According to the Leadership Team page of the NCPA website, located at https://ncpa.org/leadership-team, Christian Tadrus is the President Elect of the NCPA.

72. Based on my review of Caremark's business records, Christian Tadrus is listed as the owner for three locations of Sam's Health Mart Pharmacy.

73. All three locations of Sam's Health Mart Pharmacy have executed Provider Agreements, each of which have a valid and enforceable arbitration agreement, with Caremark.

74. According to the Leadership Team page of the NCPA website, located at https://ncpa.org/leadership-team, Justin Wilson is the Chair of the NCPA.

75. Based on my review of Caremark's business records, Justin Wilson is listed as the owner for all three locations of Bestyet Pharmacy, Valu-Med Pharmacy, and Valu-Med Pharmacy Fort Gibson.

76. Bestyet Pharmacy, Valu-Med Pharmacy, and Valu-Med Pharmacy Fort Gibson have executed Provider Agreements, each of which have a valid and enforceable arbitration agreement, with Caremark.

## Philadelphia Association of Retail Druggists ("PARD")

77. According to its website at https://www.gladwynepharmacy.com/pharmacy-department, Gladwyne Pharmacy is an "active member[] in" PARD and the NCPA.

78. Gladwyne Pharmacy has executed a Provider Agreement, which has a valid and enforceable arbitration agreement, with Caremark.

In accordance with 28 U.S.C. § 1746, I, Steven D. McCall, verify under penalty of perjury that the statements in the above declaration are true and correct.

Executed on November 7, 2025.

_____
Steven D. McCall, R.Ph., MBA
Vice President, Network Solutions