# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II)<br><br>This Document Applies To:<br><br>ALL CASES | Case No.: 1:25-md-03148-MSM-AEM<br><br>MDL No. 3148 |

## DECLARATION OF JACQUELINE P. RUBIN

I, Jacqueline P. Rubin, declare:

1. I am an attorney with Paul, Weiss, Rifkind, Wharton & Garrison LLP. I submit this declaration in support of Caremark Defendants' Motion to Compel Arbitration and to Dismiss the Complaint. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the Ruling on Plaintiff's Petitions to Compel Arbitration and Motions for Preliminary Injunction in *Doctor's Associates, Inc.* v. *Frederick W. Downey, et al.*, No. 3:06-cv-1170, in the District of Connecticut, dated February 12, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jacqueline P. Rubin*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jacqueline P. Rubin

Dated: November 7, 2025