UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: GOODRX AND PHARMACY BENEFIT MANAGER ANTITRUST LITIGATION (NO. II)<br><br>This Document Applies To:<br><br>ALL CASES | Civil No.: 1:25-md-03148-MSM-LDA<br><br>MDL No. 3148 |

**JOINT PRE-CONFERENCE STATUS REPORT**

Pursuant to the Joint Pre-Conference Status Report dated September 25, 2025 (ECF No. 62) and the September 29, 2025 Status Conference (Hr'g Tr. 14:20-23), Plaintiffs[1] and Defendants[2] submit this Joint Status Report, updating the Court on the status of the above-captioned multi-district litigation (the "**MDL**"):

### I. Case Management Schedule

On September 30, 2025, the Court entered Case Management Order Number 3: Common Benefit Timekeeping and Expenses Protocol. ECF No. 73.

On November 3, 2025, the Court approved the Parties' Stipulated Order Regarding the Effect of the Consolidated Complaint. *See* ECF No. 79. Pursuant to this Order, the Parties are meeting and conferring about deadlines for Defendants named for the first time in the Consolidated Complaint to serve Rule 26(a) Initial Disclosures and will submit a proposed deadline to the Court.

---

[1] Plaintiffs are: Keaveny Drug, Inc.; Star Discount Pharmacy, Inc.; OneroRx, Inc.; AIDS Healthcare Foundation; National Community Pharmacists Association; and Philadelphia Association of Retail Druggists.

[2] Defendants are: GoodRx, Inc.; GoodRx Holdings, Inc.; CaremarkPCS Health, L.L.C.; Caremark, L.L.C.; CaremarkPCS, L.L.C.; CVS Health Corporation; Express Scripts, Inc.; Express Scripts Holding Company; The Cigna Group; MedImpact Healthcare Systems, Inc.; and Navitus Health Solutions, LLC. For the avoidance of doubt, participation in and negotiation of any aspect of this joint status report (the "**Joint Status Report**"), including but not limited to any protective order or any ESI protocol, does not waive any defendant's right to compel arbitration or seek a stay pending that arbitration.

On November 3, 2025, the Court granted the parties' Joint Motion to Extend Rule 12 Motion Deadlines. *See* ECF No. 78. Per the Court's text order, Defendants filed Rule 12 motions, including motions to compel arbitration, on **November 7, 2025**. Plaintiffs shall file their oppositions to Rule 12 motions and any motions to compel arbitration no later than **January 16, 2026**. Defendants shall file replies in further support of Rule 12 motion(s) and any motion(s) to compel arbitration no later than **February 23, 2026**.

Plaintiffs reserve the right to amend the Consolidated Complaint in lieu of responding to Defendants' Rule 12 motions, including motions to compel arbitration, under Fed. R. Civ. P. 15(a).

## II.    Electronically Stored Information ("ESI") Protocol and General Protective Order

The parties have today filed a proposed Third Stipulation to Extend Deadline to Submit ESI Protocol and Protective Order (ECF No. 92). The parties have met and conferred several times on these documents to date and have made considerable progress resolving a number of disputes regarding their provisions without burdening the Court. The Parties are committed to completing their meet and confer process regarding these documents by November 14, 2025. Thereafter, if the Parties are unable to reach agreement on all aspects of the ESI Protocol and Protective Order, they shall file competing proposals and corresponding briefs of no more than 10 pages per side total on any remaining disputes regarding provisions in these documents by November 21, 2025.

## III.    Proposed Order Regarding Optum

On November 3, 2025, Plaintiffs and Optum[3] filed a [Proposed] Stipulated Order Regarding the Effect of the Consolidated Complaint with Respect to Optum. ECF No. 80. Optum

---

[3] Optum Rx, Inc.; Optum, Inc.; OptumRx Holdings, LLC; Optum Rx Administrative Services, LLC; and United Health Group (together, "Optum").

was not named as a defendant in the Consolidated Complaint, and accordingly, the Proposed Stipulated Order dismisses without prejudice all allegations and claims against Optum.

### IV. Next Hearing and/or Status Conference Date

The Court scheduled a status conference for November 17, 2025. Per the Court's discussion with the Parties at the June 23, 2025, conference, which contemplated conferences every six weeks, the parties respectfully request that the Court schedule the next status conference for January 12, 2026, or another day that week. The Parties will submit a joint status report or their respective status reports one week before that conference or as otherwise directed by the Court.

Stipulated to and Agreed By:

Dated: November 10, 2025

By: Donald A. Migliori
MOTLEY RICE LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
(843) 216-9241
dmigliori@motleyrice.com

F. Franklin Amanat
MOTLEY RICE LLC
800 Third Ave. Suite 2401,
New York, NY 10022
(212) 577-0052
famanat@motleyrice.com

Vincent L. Greene, IV
MOTLEY RICE LLC
40 Westminster Street, 5th Floor
Providence, Rhode Island 02902
(401) 457-7730
vgreene@motleyrice.com

By: */s/ Jennifer Brooks Crozier*
David J. Lender
Jennifer Brooks Crozier
Alexandra Rose
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
david.lender@weil.com
jennifer.crozier@weil.com
alexandra.rose@weil.com

David Ramraj Singh
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
david.singh@weil.com

Matthew Thomas Oliverio
OLIVERIO & MARCACCIO LLP
30 Romano Vineyard Way, Suite 109
North Kingstown, RI 02852
mto@om-rilaw.com

*Attorneys for Defendants GoodRx, Inc. and GoodRx Holdings, Inc.*

<table>
<tr><td>

*/s/ Joseph C. Bourne*
Heidi M. Silton
Joseph C. Bourne
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
hmsilton@locklaw.com
jcbourne@locklaw.com

David J. Ko
Rachel C. Bowanko
KELLER ROHRBACK
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 428-0562
dko@kellerrohrback.com
rbowanko@kellerrohrback.com

*Plaintiffs' Interim Co-Lead Counsel*

</td><td>

*/s/ Alec Levy*
Mike Bonanno
Meghan McCaffrey
Alec Levy
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, DC 20005
mikebonanno@quinneemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com

Anthony P. Alden
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
anthonyalden@quinnemanuel.com

*/s/ Nicole J. Benjamin*
John A. Tarantino (#2586)
Nicole J. Benjamin (#7540)
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903-1345
(401) 274-7200
jtarantino@apslaw.com
nbenjamin@apslaw.com

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Holding Company; and The Cigna Group*

</td></tr>
</table>

4

/s/ *Jacqueline P. Rubin*
Robert A. Atkins
Jacqueline P. Rubin
Natalie M. Pita
PAUL WEISS RIFKIND
  WHARTON AND GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
jrubin@paulweiss.com
npita@paulweiss.com

Rebecca Briggs
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1500
Providence, RI  02903
rbriggs@hinckleyallen.com

*Attorneys for Defendants CaremarkPCS Health, L.L.C.; Caremark, L.L.C.; CaremarkPCS, L.L.C.; and CVS Health Corporation*

Robert J. Herrington
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
robert.herrington@gtlaw.com

Tonya Esposito
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tonya.Esposito@gtlaw.com

*/s/ James Peacock*
James Peacock
GREENBERG TRAURIG, LLP
2200 Ross Ave., Suite 5200
Dallas, TX 75201
James.Peacock@gtlaw.com

Michael E. Jusczyk (#7791)
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, MA 02110
Michael.Jusczyk@gtlaw.com

*Attorneys for Defendant Navitus Health Solutions, LLC*

Michelle S. Lowery
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
mslowery@mwe.com

*/s/ Richard Salgado*
Richard Salgado
Marina S. Kelly
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street, Suite 2600
Dallas, TX 75201
richard.salgado@mwe.com
mkelly@mwe.com

*Attorneys for Defendant MedImpact Healthcare Systems, Inc.*