UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: GoodRx ad Pharmacy Benefit Manager Antitrust Litigation No. II | Case No.: 1:25-md-03148-MSM-AEM<br><br>Judge: Hon Mary S. McElroy |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Stephen G. Larson, Paul A. Rigali and Daniel R. Lahana of Larson LLP, counsel for Plaintiff CAAS, LLC ("Plaintiff") hereby withdraws from this matter. Plaintiff CAAS, LLC is currently represented by John J. Nelson and Nick Suciu, III of Milberg Coleman Bryson Phillips Grossman PLLC who have already entered an appearance as counsel of record for Plaintiff and are familiar with this case.

Dated this 12th day of November, 2025.

By: /s/ Stephen G. Larson
Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Paul. A. Rigali (SBN 262948)
prigali@larsonllp.com
Daniel R. Lahana (SBN 305664)
dlahana@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for CAAS, Inc.

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of November, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Stephen G. Larson<br>
Stephen G. Larson