UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II)<br><br>This Document Applies To:<br><br>ALL CASES | Case No.: 1:25-md-03148-MSM-AEM<br><br>MDL No. 3148 |

**SECOND [PROPOSED] STIPULATED ORDER**
**REGARDING CASE MANAGEMENT SCHEDULE**

WHEREAS, on September 15, 2025, Plaintiffs filed a Consolidated Class Action Complaint (ECF No. 60-1) ("Consolidated Complaint");

WHEREAS, on November 7, 2025, Defendants filed Rule 12 motions, including motions to compel arbitration (ECF Nos. 82, 83, 84, 86, 87, 88, 89, 90, 95, 96, 97);

WHEREAS, Plaintiffs intend to file a First Amended Consolidated Class Action Complaint ("Amended Complaint") pursuant to Fed. R. Civ. P. 15(a)(1)(B) to address certain issues raised by Defendants' motions, which would be due on November 28, 2025;

WHEREAS, the Parties desire to keep the briefing of Defendants' Rule 12 motions and motions to compel arbitration aligned and on the same schedule;

WHEREAS, the Parties desire to agree to a schedule for Plaintiffs to file their Amended Complaint, Defendants to file Rule 12 motions in response to the Amended Complaint, including motions to compel arbitration, Plaintiffs to file their opposition briefs, and Defendants to file their reply briefs;

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate and agree to the following deadlines, and upon Court approval, it shall be ordered, as follows:

| Event | Deadline |
|---|---|
| Consolidated Amended Complaint | December 15, 2025 |
| Rule 12 motions including any motions to compel arbitration | February 27, 2026 |
| Oppositions to Rule 12 motions and any motions to compel arbitration | April 27, 2026 |
| Replies in further support of Rule 12 motions and any motions to compel arbitration | June 5, 2026 |

IT IS SO ORDERED:

_____
Hon. Mary S. McElroy
United States District Judge

Dated:

Stipulated to and Agreed By:

Dated: November 21, 2025

By: */s/ Donald A. Migliori*
　　Donald A. Migliori
　　MOTLEY RICE LLC
　　28 Bridgeside Blvd.,
　　Mt. Pleasant, SC 29464
　　Tel: 834.216.9241
　　dmigliori@motleyrice.com

　　F. Franklin Amanat
　　MOTLEY RICE LLC
　　800 Third Ave., Suite 2401
　　New York, NY 10022
　　Tel: 212.577.0052
　　fmanat@motleyrice.com

　　Vincent L. Green, IV
　　MOTLEY RICE LLC

By: */s/ David J. Lender*
　　David J. Lender
　　Jennifer Brooks Crozier
　　Alexandra Rose
　　WEIL, GOTSHAL & MANGES, LLP
　　767 Fifth Avenue
　　New York, NY 10153
　　david.lender@weil.com
　　jennifer.crozier@weil.com
　　alexandra.rose@weil.com

　　David Ramraj Singh
　　WEIL, GOTSHAL & MANGES LLP
　　201 Redwood Shores Parkway, 4th Floor
　　Redwood Shores, CA 94065-1134
　　david.singh@weil.com

40 Westminster Street, 5th Floor
Providence, Rhode Island 02902
Tel: 401.457.7730
vgreene@motleyrice.com

*/s/ Heidi M. Silton*
Heidi M. Silton
Joseph C. Bourne
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612.339.6900
hmsilton@locklaw.com
jcbourne@locklaw.com

*/s/ David J. Ko*
David J. Ko
Rachel C. Bowanko
KELLER ROHRBACK
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Tel: 206.428.0562
dko@kellerrohrback.com
rbowanko@kellerrohrback.com

*Plaintiffs' Interim Co-Lead Counsel*

Matthew Thomas Oliverio
OLIVERIO & MARCACCIO LLP
30 Romano Vineyard Way, Suite 109
North Kingstown, RI 02852
mto@om-rilaw.com

*Attorneys for Defendants GoodRx, Inc. and GoodRx Holdings, Inc.*

Alec Levy
Mike Bonanno
Meghan McCaffrey
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, DC 20005
aleclevy@quinnemanuel.com
mikebonanno@quinneemanuel.com
meghanmccaffrey@quinnemanuel.com

Anthony P. Alden
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
anthonyalden@quinnemanuel.com

John A. Tarantino (#2586)
Nicole J. Benjamin (#7540)
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
jtarantino@apslaw.com
nbenjamin@apslaw.com

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Holding Company; and The Cigna Group*

Robert A. Atkins
Jacqueline P. Rubin
Natalie M. Pita
PAUL WEISS RIFKIND WHARTON AND GARRISON LLP
1285 Avenue of the Americas

New York, NY 10019
ratkins@paulweiss.com
jrubin@paulweiss.com
npita@paulweiss.com

Rebecca Briggs
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
rbriggs@hinckleyallen.com

*Attorneys for Defendants Caremark PCS Health, L.L.C.; Caremark, L.L.C.; CaremarkPCS, L.L.C.; and CVS Health Corporation*

Robert J. Herrington
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
robert.herrington@gtlaw.com

Tonya Esposito
Greenberg Traurig, LLP.
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tonya.Esposito@gtlaw.com

James Peacock
Greenberg Traurig, LLP.
2200 Ross Ave., Suite 5200
Dallas, TX 75201
James.Peacock@gtlaw.com

Michael E. Jusczyk (#7791)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Michael.Jusczyk@gtlaw.com

*Attorneys for Defendant Navitus Health Solutions, LLC*

Michelle S. Lowery
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
mslowery@mwe.com

Richard Salgado
Marina S. Kelly
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
richard.salgado@mwe.com
mkelly@mwe.com

Charles D. Blackman
Rhode Island Bar No. 5522
LEVY & BLACKMAN LLP
469 Angell Street, Suite 2
Providence, RI 02906
cblackman@levyblackman.com

*Attorneys for Defendant MedImpact Healthcare Systems, Inc.*