UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: GOODRX AND PHARMACY BENEFIT MANAGER ANTITRUST LITIGATION (No. II)<br><br>This Document Applies To:<br><br>ALL CASES | Case 1:25-md-03148-MSM-AEM<br><br>MDL No. 3148<br><br>JUDGE MARY S. McELROY<br>JUDGE AMY E. MOSES |

## JOINT STATUS REPORT

The parties appeared before the Honorable Magistrate Judge Moses on January 8, 2026 for a status conference to address outstanding issues concerning the proposed Protective Order and ESI Protocol in this matter. After hearing these issues, Magistrate Judge Moses directed the parties to meet and confer on two timing issues in the proposed ESI Protocol and provide the Court with a subsequent Status Report. These two issues were ESI Protocol § II(C), where the parties disagreed to a timeframe for objections to proposed custodians and search terms; and ESI Protocol § IV(B)(7) where the parties disagreed about the deadline for challenging privilege assertions in a privilege log.

As a result of multiple meet and confer session held on repeated days, the parties reached agreement on the two timing issues late in the evening January 15, 2026. The parties agreed that the deadline to object to proposed search terms and custodians should be 50 days. The parties agreed that the deadline to object to entries on privilege logs should be 100 days after production of the log, with the parties to meet and confer concerning any extensions to that deadline where either the timing, number and/or volume of such log productions establish that additional time is warranted.

Respectfully submitted:

**PLAINTIFFS**

By: /s/ Donald A. Migliori
Donald A. Migliori
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
(843) 216-9241
dmigliori@motleyrice.com

F. Franklin Amanat
Motley Rice LLC
800 Third Ave. Suite 2401,
New York, NY 10022
(212) 577-0052
famanat@motleyrice.com

Vincent L. Greene, IV
Motley Rice LLC
40 Westminster Street, 5th Floor
Providence, Rhode Island 02902
(401) 457-7730
vgreene@motleyrice.com

/s/ Heidi M. Silton
Heidi M. Silton
Joseph C. Bourne
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
hmsilton@locklaw.com
jcbourne@locklaw.com

/s/ David J. Ko
David J. Ko
Rachel C. Bowanko
Keller Rohrback
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900
dko@kellerrohrback.com
rbowanko@kellerrohrback.com
*Plaintiffs' Interim Co-Lead Counsel*

**DEFENDANTS**

David J. Lender
Adam Hemlock
Jennifer Brooks Crozier
Alexandra Rose
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
david.lender@weil.com
adam.hemlock@weil.com
jennifer.crozier@weil.com
alexandra.rose@weil.com

David Ramraj Singh
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
david.singh@weil.com

Matthew Thomas Oliverio
Gina Maria Renzulli Lemay
OLIVERIO & MARCACCIO LLP
30 Romano Vineyard Way, Suite 109
North Kingstown, RI 02852
mto@om-rilaw.com
grl@om-rilaw.com
*Attorneys for Defendants GoodRx, Inc. and GoodRx Holdings, Inc.*

Mike Bonanno
Meghan McCaffrey
Alec Levy
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, DC 20005
mikebonanno@quinneemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com

Anthony P. Alden
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
anthonyalden@quinnemanuel.com

_____
John A. Tarantino (#2586)
Nicole J. Benjamin (#7540)
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903-1345
jtarantino@apslaw.com
nbenjamin@apslaw.com

*Attorneys for Defendants Express Scripts Inc. and Express Scripts Holding Company*


_____
Robert A. Atkins
Jacqueline P. Rubin
Natalie M. Pita
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
jrubin@paulweiss.com
npita@paulweiss.com

Rebecca Briggs
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
rbriggs@hinckleyallen.com

*Attorneys for Defendants Caremark, PCS Health, L.L.C.; Caremark, L.L.C.; CaremarkPCS, L.L.C.; and CVS Health Corporation*

Robert J. Herrington
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
robert.herrington@gtlaw.com

Tonya Esposito
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tonya.Esposito@gtlaw.com

James Peacock
GREENBERG TRAURIG LLP
2200 Ross Ave., Suite 5200
Dallas, TX 75201
James.Peacock@gtlaw.com

Michael E. Jusczyk (#7791)
GREENBERG TRAURIG LLP
One International Place, Suite 2000
Boston, MA 02110
Michael.Jusczyk@gtlaw.com

*Attorney for Defendants Navitus Health Solutions, LLC*

Richard D. Salgado
Marina S. Kelly
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
richard.salgado@mwe.com
mkelly@mwe.com

Michelle S. Lowery
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
mslowery@mwe.com

Charles D. Blackman
Rhode Island Bar No. 5522
LEVY & BLACKMAN LLP
469 Angell Street, Suite 2
Providence, RI 02906
cblackman@levyblackman.com

*Attorneys for Defendants MedImpact Healthcare Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I, Vincent L. Greene, certify that on Friday, January 16, 2026, a true copy of the within document was filed electronically and it is available for viewing and downloading from the ECF system by all counsel of record.

/s/ Vincent L. Greene