**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| In re GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II)<br><br>This Document Applies To:<br><br>ALL CASES | Case No.: 1:25-md-03148-MSM-AEM<br><br>MDL No. 3148 |

**JOINT PRE-CONFERENCE STATUS REPORT**

Pursuant to the Joint Pre-Conference Status Report dated April 7, 2026 (ECF No. 146), Plaintiffs[1] and Defendants[2] submit this Joint Status Report, updating the Court on the status of the above-captioned multi-district litigation (the "**MDL**"):

**I.     Case Management Schedule**

Defendants filed their Rule 12 motions and motions to compel arbitration on **February 27, 2026**. Plaintiffs filed their oppositions to Rule 12 motions and their oppositions to motions to compel arbitration on **April 27, 2026**.  Defendants shall file replies in further support of their Rule 12 motions and motions to compel arbitration no later than **June 5, 2026**. Consistent with the requests set forth in their motions, the parties respectfully request that the Court schedule oral argument on all pending motions, including, for the avoidance of doubt, the motions to compel

---

[1] Named Plaintiffs in the Amended Consolidated Class Action Complaint are: Keaveny Drug, Inc.; Star Discount Pharmacy, Inc.; SDDDC LLC; Northern Arizona Pharmacy, LLC; OneroRx, Inc.; AIDS Healthcare Foundation; Pharmacy4Humanity; National Community Pharmacists Association; and Philadelphia Association of Retail Druggists.

[2] Defendants identified in the Amended Consolidated Class Action Complaint are: GoodRx, Inc.; GoodRx Holdings, Inc.; CaremarkPCS Health, L.L.C.; Caremark, L.L.C.; CaremarkPCS, L.L.C.; CVS Health Corporation; Express Scripts, Inc.; Express Scripts Holding Company; The Cigna Group; MedImpact Healthcare Systems, Inc.; and Navitus Health Solutions, LLC.  For the avoidance of doubt, participation in and negotiation of any aspect of this joint status report (the "**Joint Status Report**"), including but not limited to any meet and confers regarding discovery, does not waive any defendant's right to compel arbitration or seek a stay pending that arbitration.

1

arbitration, at the Court's convenience. All parties are prepared to appear in person for such argument.

## II.    Next Hearing and/or Status Conference Date

The Court scheduled a status conference for June 9, 2026. As the parties have no substantive update for the Court at this time, Defendants respectfully request that the Court adjourn the June 9, 2026 status conference to July 20, 2026 or another day that week, subject to the Court's availability. As reflected in the parties' briefing, the parties have competing views on the length and scope of oral argument. Plaintiffs are prepared to discuss the parameters and potential dates for oral argument at the June 9, 2026 status conference if the Court would find it useful, but have no objection to adjournment. The parties will submit a joint status report or their respective status reports one week before that conference or as otherwise directed by the Court.

Stipulated to and Agreed By:

Dated: June 2, 2026

By:  */s/ Donald A. Migliori*
    Donald A. Migliori
    dmigliori@motleyrice.com
    MOTLEY RICE LLC
    28 Bridgeside Blvd.,
    Mt. Pleasant, SC 29464
    Tel: 843-216-9241

    F. Franklin Amanat
    famanat@motleyrice.com
    MOTLEY RICE LLC
    800 Third Ave. Suite 2401,
    New York, NY 10022
    Tel: 212.577.0052

    Vincent L. Greene, IV
    vgreene@motleyrice.com
    MOTLEY RICE LLC
    40 Westminster Street, 5th Floor

By:  */s/ David J. Lender*
    David J. Lender
    Adam Hemlock
    Jennifer Brooks Crozier
    Alexandra Rose
    WEIL, GOTSHAL & MANGES, LLP
    767 Fifth Avenue
    New York, NY 10153
    david.lender@weil.com
    adam.hemock@weil.com
    jennifer.crozier@weil.com
    alexandra.rose@weil.com

    David Ramraj Singh
    WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway, 4th Floor
    Redwood Shores, CA 94065-1134
    david.singh@weil.com

2

Providence, Rhode Island 02902
Tel: 401.457.7730

*/s/ Heidi M. Silton*
Heidi M. Silton
Joseph C. Bourne
Kira Q. Le
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612.339.6900
hmsilton@locklaw.com
jcbourne@locklaw.com
kqle@locklaw.com

*/s/ David J. Ko*
David J. Ko
Rachel C. Bowanko
dko@kellerrohrback.com
rbowanko@kellerrohrback.com
KELLER ROHRBACK
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Tel: 206.428.0562

*Plaintiffs' Interim Co-Lead Counsel*

Matthew Thomas Oliverio
OLIVERIO & MARCACCIO LLP
41 Romano Vineyard Way, Suite 6140
North Kingstown, RI 02852
mto@om-rilaw.com

*Attorneys for Defendants GoodRx, Inc. and GoodRx Holdings, Inc.*

Mike Bonanno
Meghan McCaffrey
Alec Levy
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 13th Street NW, Suite 600
Washington, DC 20004

mikebonanno@quinneemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com

John A. Tarantino (#2586)
jtarantino@apslaw.com
Nicole J. Benjamin (#7540)
nbenjamin@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Holding Company; and The Cigna Group*

Michael Leffel
Kirsten Dedrickson
FOLEY & LARDNER LLP
150 East Gilman Street
Suite 5000
Madison, WI 53703
mleffel@foley.com
kirsten.dedrickson@foley.com

Olivia Brooks
FOLEY & LARDNER LLP
777 East Wisconsin Ave.
Milwaukee, WI 53202
olivia.brooks@foley.com

Rebecca Briggs
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1400
Providence, Rhode Island 02903
rbriggs@hinckleyallen.com

*Attorneys for Defendants CaremarkPCS Health, L.L.C.; Caremark, L.L.C.; CaremarkPCS, L.L.C.; and CVS Health Corporation*

Robert J. Herrington
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
robert.herrington@gtlaw.com

Tonya Esposito
Greenberg Traurig, LLP.
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tonya.Esposito@gtlaw.com

James Peacock
Greenberg Traurig, LLP.
2200 Ross Ave., Suite 5200
Dallas, TX 75201
James.Peacock@gtlaw.com

Michael E. Jusczyk (#7791)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Michael.Jusczyk@gtlaw.com

*Attorneys for Defendant Navitus Health Solutions, LLC*

4

Richard Salgado
Marina S. Kelly
MCDERMOTT WILL & SCHULTE
LLP
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
richard.salgado@mcdermottlaw.com
mkelly@mcdermottlaw.com

Michelle S. Lowery
MCDERMOTT WILL & SCHULTE
LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
mslowery@mcdermottlaw.com

Charles D. Blackman
Rhode Island Bar No. 5522
LEVY & BLACKMAN LLP
469 Angell Street, Suite 2
Providence, RI 02906
cblackman@levyblackman.com

*Attorneys for Defendant MedImpact
Healthcare Systems, Inc.*