**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IN RE GOODRX AND PHARMACY BENEFIT MANAGER ANTITRUST LITIGATION (NO. II) | Case No.: 1:25-cv-03148-MSM-AEM<br><br>ALL CASES<br><br>MDL No. 3148 |

# NOTICE OF WITHDRAWAL OF COUNSEL CAROLINE C. CORBITT

TO THE CLERK, ALL PARTIES, AND ALL COUNSEL OF RECORD:

Kindly withdraw the appearance of Caroline C. Corbitt of the law firm Pritzker Levine LLP on behalf of Plaintiffs. Ms. Corbitt is no longer associated with Pritzker Levine and no longer represents any plaintiffs in this matter.

Plaintiffs will continue to be represented by their existing counsel, including other counsel at Pritzker Levine. Please continue to serve all pleadings, orders, notices, discovery and other documents on all other counsel identified as counsel for Plaintiffs on the Court's docket.

Dated: September 8, 2026

Respectfully submitted,

*Elizabeth C. Pritzker*
Elizabeth C. Pritzker
Pritzker Levine LLP
1900 Powell Street, Suite 450
Emeryville, California 94608
Tel: 415.805.8532
Email: ecp@pritzkerlevine.com
jkl@pritzkelevine.com
bc@pritzkerlevine.com

*Counsel for Plaintiffs*